UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                        Plaintiff,        )<br>                                                          )<br>         vs.                                         )<br>                                                          )<br>ANTONIO DESHAWN GREELY,  )<br>                                                          )<br>                        Defendant.    )<br>_____ ) | NO. CR12-5173BHS<br><br>ORDER GRANTING MOTION TO<br>CONTINUE PRETRIAL MOTIONS<br>DUE DATE |

Upon the stipulation of the parties to continue the pretrial motions' due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the pretrial motions due date be continued to July 16, 2012.

DONE this 5th day of July, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:


*/s/ Miriam Schwartz*                             */s/ Gregory A. Gruber*
Miriam F. Schwartz                                Gregory A. Gruber
Attorney for Defendant                         Assistant United States Attorney

ORDER GRANTING MOTION
TO CONTINUE PTM's DUE DATE
*United States v. Greely,* CR12-5173BHS            1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710